IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

BECKWITH ELECTRIC CO., INC.,

       Plaintiff,    CASE NO.: _____

  v.

GROUP BENEFIT SERVICES, INC.,
GROUP BENEFIT SERVICES, LLC;
DEREN FINANCIAL GROUP INCORPORATED
d/b/a GROUP BENEFIT SERVICES, INC. a/k/a
GROUP BENEFIT SERVICES a/k/a GROUP
BENEFIT SERVICES (GBS); and PAN-
AMERICAN LIFE INSURANCE COMPANY,

       Defendants.
_____/

## NOTICE OF REMOVAL

Defendant Pan-American Life Insurance Company ("Pan-American"), by its undersigned attorneys, pursuant to 28 U.S.C. §§ 1332 and 1441 hereby files this Notice of Removal of the above described action to the United States District Court for the Middle District of Florida from the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, and states:

    1.    Plaintiff Beckwith Electric Co., Inc. ("Beckwith") filed a Complaint in the Circuit Court of Pinellas County, Florida, Case No. 16-005987-CI, seeking to recover damages from defendants Group Benefit Services, Inc. and Pan-American.

2. Before any party was served with process, Beckwith filed an Amended Complaint in the state court proceeding, adding the additional party defendants Group Benefit Services, LLC and Deren Financial Group Incorporated d/b/a Group Benefit Services, Inc. a/k/a Group Benefit Services a/k/a Group Benefit Services (GBS).

3. Pan-American accepted service of the Amended Complaint on September 26, 2016. No other defendant has yet been served with process.

4. The action described above is a civil action, of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a), and is one that may be removed to this Court by Pan-American pursuant to 28 U.S.C. § 1441.

5. Beckwith is a corporation incorporated under the laws of Florida, with its principal place of business in Largo, Florida, and is thus a citizen of the State of Florida.

6. Defendant Pan-American is a corporation incorporated under the laws of Louisiana, with its principal place of business in Louisiana, and is thus a citizen of the State of Louisiana.

7. Defendant Group Benefit Services, Inc. is a Maryland corporation with its principal place of business in Maryland, and is thus a citizen of the State of Maryland. On information and belief, this defendant is not a real party in interest to this case, but was named because the actual party in interest used Group Benefit Services, Inc. as a fictitious name in its dealings with Beckwith. As a result, it is likely that this defendant's citizenship should be disregarded for purposes of determining diversity pursuant to 28 U.S.C. § 1441(b).

8. Defendant Group Benefit Services, LLC ("GBS LLC") is a limited liability

company organized under the laws of Nevada. Upon information and belief, the sole member of GBS LLC is James Deren. Upon information and belief, Mr. Deren is a citizen of the State of Missouri.

9. Deren Financial Group Incorporated d/b/a Group Benefit Services, Inc. a/k/a Group Benefit Services a/k/a Group Benefit Services (GBS) is a Missouri corporation with its principal place of business in Missouri, and is thus a citizen of the State of Missouri.

10. As Beckwith is a citizen of Florida and the defendants are citizens of Louisiana, Maryland and Missouri, there is complete diversity between the parties.

11. Based upon the allegations in Beckwith's Amended Complaint, the amount in controversy exceeds $75,000.00, exclusive of interest, costs and attorneys' fees. Specifically, Beckwith alleges that the defendants owe it the sum of $281,340.70, exclusive of interest, costs and fees.

12. Because the parties to this action are citizens of different states and the amount in controversy exceeds $75,000.00, this Court has original jurisdiction over this action.

13. A list of and a copies of the pleadings and processes served or filed in this action are attached hereto and filed herewith as Exhibit "A."

14. Defendants will give written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).

15. A copy of this Notice of Removal will be filed with the Clerk of the Circuit Court in and for Pinellas County, Florida, as required by 28 U.S.C. §1446(d).

16. Pursuant to 28 U.S.C. § 1441(a) and Local Rules 1.02(b)(4) and 4.02(a), the United States District Court for the Middle District of Florida, Tampa Division, is the proper venue for this action.

17. Because no other defendant has yet been served with process in this action, no additional consent to this removal is required under 28 U.S.C. § 1446(b)(2(A).

18. Under the provisions of 28 U.S.C. §§ 1332, 1441 and 1446, all of which Pan-American has complied with, this cause is properly removable to the United States District Court for the Middle District of Florida.

Wherefore, Pan-American hereby removes the action pending in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Case No. 16-005987-CI, and requests that this action proceed in this Court.

        Respectfully submitted,

        Carey, O'Malley, Whitaker & Mueller, P.A.
        712 S. Oregon Avenue
        Tampa, Florida 33606
        Ph.: 813-250-0577
        Fax: 813-250-9898

        By: /s/ Michael P. Quinn
            Michael P. Quinn, Esquire
            Florida Bar No. 83403
            Attorneys for Pan-American

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this 30th day of September the foregoing was filed with the Clerk of Court and a hard copy was sent to the following via regular U.S. mail:

Bush Ross, P.A.
Joshua P. Welsh, Esquire
P.O. Box 3913
Tampa, Florida 33601-3913
813-224-9255
Primary Emails:
jwelsh@bushross.com
esavitz@bushross.com
Secondary email:
osmith@bushross.com
*Attorneys for Beckwith Electric Co., Inc.*

| | |
|---|---|
| Group Benefit Services, Inc.<br>James M. Deren<br>1736 E. Sunshine St., Suite 200<br>Springfield, MO 65804 | Group Benefit Services, LLC<br>James M. Deren<br>1736 E. Sunshine St., Suite 200<br>Springfield, MO 65804 |
| Deren Financial Group Incorporated<br>James M. Deren<br>1736 E. Sunshine St., Suite 200<br>Springfield, MO 65804 | Deren Financial Group Incorporated<br>URS Agents, LLC<br>3458 Lakeshore Drive<br>Tallahassee, FL 32312 |
| Deren Financial Group Incorporated<br>Willard W. Wiley, Jr.<br>9291 SE Duncan Street<br>Hobe Sound, FL 33455 | |

            /s/ Michael P. Quinn
            Attorney